APRIL 2, 1844.

*Thomas R. Mercein and Eliza Barry, by her next friend,* v. *John A. Barry.* J. W. GERARD, for complainants; J. A. SPENCER, for defendants. The bill in this case was filed to establish the validity of the agreement of separation between the defendant and his wife, and the right of the wife to the care and custody of her infant child during such separation, as provided for by the agreement of June 7th, 1838. The chancellor considering it doubtful whether the court had jurisdiction upon a bill filed by the wife, to protect her mere personal rights, or her right to the care and custody of her children depending upon such an agreement alone, refused to interfere by injunction to prevent the husband from testing his claim to the custody of the child, in the ordinary way upon a writ of habeas corpus, as often as the law would permit him to do so. *Jurisdiction of court to restrain suits between husband and wife.*

Motion for injunction denied, and the injunction granted by the assistant vice chancellor dissolved.

*Jacob Young et al.* v. *John Beardsley, agent of the State Prison at Auburn.* A. TABER, for complainants. Application for injunction denied; but with liberty to renew it upon a new bill, and on notice.

*Israel Slade* v. *Abraham Van Vechten, trustee, &c.* D. GARDNER, for complainant; C. M. JENKINS, for defendant. Decree appealed from modified and affirmed, without costs to either party, as against the other.